## ATTACHMENT "A"
## ADDITIONAL PLAINTIFFS TO BE ADDED TO COMPLAINT

1.  R. D. Johnson; and,

2.  E. L. Jones

