

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JAMES CATES, et al.,

    Plaintiffs,

vs.

DeKALB COUNTY, GA, et al.,

    Defendants.

CIVIL ACTION FILE
NO. 1:02-CV-1269-JOF

## JUDGMENT

This action having come before the court, Honorable J. Owen Forrester, United States District Judge, for consideration of defendants' motion for summary judgment, and the court having granted said motion, it is

**Ordered and Adjudged** that the plaintiffs take nothing; that the defendants recover their costs of this action, and the action be, and the same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 25th day of March, 2004.

LUTHER D. THOMAS
CLERK OF COURT

By: _____
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  March 27, 2004
Luther D. Thomas
Clerk of Court
By: _____
Deputy Clerk

46